Case 2:18-cv-15316-MCA-MAH Document 5 Filed 12/20/18 Page 1 of 3 PageID: 21

Case 2:18-cv-15316-MCA-MAH Document 4 Filed 12/07/18 Page 1 of 3 PageID: 18
DocuSign Envelope ID: 068941DF-D64B-4232-A585-6F38C162BD2B

Michael J. Riccobono, Esq.
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Tel: (973) 656.1600
Fax: (973) 656.1611
michael.riccobono@ogletree.com
*Attorneys for Defendant Integrity Staffing Solutions Inc.*

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2018 DEC -7 A 9 04

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONNIE COLEMAN, JR., | Hon. Madeline Cox Alreo, U.S.D.J. |
| | Civil Action No. 2:18-cv-15316 |
| Plaintiff, | *Civil Action* |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| INTEGRITY STAFFING SOLUTIONS, INC., RENT THE RUNWAY FULFILLMENT CENTER, INTEGRITY STAFFING SOLUTIONS, | *Document Filed Electronically* |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Ronnie Coleman, Jr. ("Plaintiff") and Defendants Integrity Staffing Solutions, Inc. and Rent the Runway Fulfillment Center (collectively, "Defendants"), by themselves and through their respective attorneys, hereby jointly stipulate and agree that the above-captioned lawsuit ("the Action") is hereby dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**[SIGNATURE PAGE TO FOLLOW]**

1

DocuSign Envelope ID: 068941DF-D64B-4232-A585-6F38C162BD2B

**RONNIE COLEMAN, JR.**

By: *[signature]*
Ronnie Coleman, Jr.

Dated: December 7, 2018

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Attorneys for Defendant
Integrity Staffing Solutions, Inc.

By: *[signature]*
Michael J. Riccobono, Esq.

Dated:

**RENT THE RUNWAY**

By: *DocuSigned by: scarlett o'sullivan*
Scarlett O'Sullivan

Dated: 12/5/2018

Case 2:18-cv-15316-MCA-MAH Document 5 Filed 12/20/18 Page 3 of 3 PageID: 23

Case 2:18-cv-15316-MCA-MAH Document 4 Filed 12/07/18 Page 3 of 3 PageID: 20
DocuSign Envelope ID: 068941DF-D64B-4232-A585-6F38C162BD2B

## CERTIFICATE OF SERVICE

I hereby certify that the parties' Stipulation of Dismissal and this Certificate of Service were filed in-person with this Court on this date through the Clerk's Office, and thereby simultaneously served via ECF and hand-delivery upon:

Ronnie Coleman, Jr.
P.O. Box 32064
Newark, New Jersey 07102
*Plaintiff pro se*

I declare under penalty of perjury that the foregoing is true and correct.

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

By: *s/ Michael J. Riccobono*
Michael J. Riccobono, Esq.
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Telephone: (973) 656-1600
Facsimile: (973) 656-1611

Dated: December 7, 2018

12/19/18    SO ORDERED
            , U.S.D.J.

3